IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | *   CRIMINAL NO. 08-00218-001 |
| ALFREDO DIMALANTA | * |

**ORDER GRANTING UNITED STATES' UNOPPOSED
MOTION FOR TURNOVER OF MONIES**

This matter is before the Court on the unopposed motion of the United States of America requesting an order allowing and directing the U.S. Customs and Border Protection to release and turnover $5,000.00 seized from Alfredo Dimalanta (Dimalanta), to the Clerk of the United States District Court for the Southern District of Alabama in partial satisfaction of an outstanding criminal debt imposed against Diamalanta in this case (Doc. 106).

The Court, having considered the unopposed motion of the United States and being duly advised in the premises, finds that the motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that the U.S. Customs and Border Protection release and turn over the $5,000.00 it has on deposit in this matter by delivery of the funds to the Clerk of Court as follows:

>Clerk, U.S. District Court
>113 St. Joseph Street
>Mobile, AL 36602

along with a copy of this Order directing the Clerk to apply to the criminal debt imposed against Dimalanta in this case.

DONE this 5th day of January, 2010.

>s/ Kristi K. DuBose
>KRISTI K. DuBOSE
>UNITED STATES DISTRICT JUDGE

Provide a Copy to U. S. Customs and Border Protection

c/o Brian Tumbarello, Paralegal Specialist - Team Leader
U.S. Customs and Border Protection
Office of Fines, Penalties, and Forfeitures
1100 Raymond Blvd., Rm. 502
Newark, NJ 07102